BEFORE THE SECOND DIVISION, JANUARY 5, 1944

**No. 49111.**—Protests 18572–K, etc., of Neon Type Foundry (Pittsburgh).

Opinion by TILSON, J. The weight of the testimony of the five witnesses at the hearing showed that the machines in question are typecasting machines and not typesetting machines. The protests were therefore overruled as to this claim.

Lawrence, J., did not participate in this decision.

**No. 49112.**—Protest 581205–G of Samuels Hat Corporation (New York).

Opinion by TILSON, J. The record showed that the harvest hats in quest'on are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the record in which case was admitted in evidence herein. In accordance therewith the claim at only 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 49113.**—Protest 550396–G/80161 of S. Hubbard (Canada) Ltd. (Chicago).

Opinion by TILSON, J. The record showed that the harvest hats in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the record in which case was admitted in evidence herein. In accordance therewith the claim at only 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 49114.**—Protests 505138–G, etc., of Genuine Panama Hats Works, Inc. (New York).

Opinion by TILSON, J. The record showed that certain of the items in question are known as harvest hats and are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the record in which case was admitted in evidence herein. In accordance therewith those imported and withdrawn for consumption prior to the Netherlands Trade Agreement were held dutiable at 25 percent under paragraph 1504 (b) (5) and those subsequent thereto were held dutiable at 12½ percent under paragraph 1504 (b) (5) and said trade agreement.

**No. 49115.**—Protest 84365–K of International Hat Co. (St. Louis).

Opinion by TILSON, J. The testimony of four witnesses showed that the hats in question were known as harvest hats and were valued at less than $3 per dozen. In accordance therewith they were held dutiable at only 12½ percent under paragraph 1504 (b) (5) and the said trade agreement.